July 25, 2019

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2019

MEMO ENDORSED

Re: *In re Commodity Exch., Inc. Gold Futures & Options Trading Litig.*, No. 14-MD-2548

Dear Judge Caproni:

      I write on behalf of the Bank of Nova Scotia and as liaison counsel on behalf of Defendants Barclays Bank plc, HSBC Bank plc, and Société Générale ("Defendants") to advise the Court that Plaintiffs' petition for a writ of mandamus—filed with the United States Court of Appeals for the Second Circuit on March 15, 2019—was denied today. (Order, Denying Petition for Writ of Mandamus, *In re Commodity Exchange, Inc. Gold Futures and Options Trading Litigation*, No. 19-651 (2d Cir. July 25, 2019).) Defendants respectfully request that the Court deny as moot Plaintiffs' motion to stay pending disposition of their petition for a writ of mandamus. (ECF No. 379).

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen Ehrenberg | /s/ Marc J. Gottridge |
| Stephen Ehrenberg | Marc J. Gottridge |
| William H. Wagener | Benjamin Fleming |
| Virginia R. Hildreth | HOGAN LOVELLS US LLP |
| SULLIVAN & CROMWELL LLP | 390 Madison Avenue |
| 125 Broad Street | New York, NY 10017 |
| New York, NY 10004 | |
| *Attorneys for Defendant The Bank of Nova Scotia and Liaison Defense Counsel* | *Attorneys for Defendant Société Générale* |

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate docket entry 379.

SO ORDERED.    Date: 07/26/2019

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| /s/ Michael S. Feldberg | /s/ Damien J. Marshall |
| Michael S. Feldberg | Damien J. Marshall |
| Todd S. Fishman | Leigh M. Nathanson |
| Brian Fitzpatrick | Laura E. Harris |
| ALLEN & OVERY LLP | BOIES SCHILLER FLEXNER LLP |
| 1221 Avenue of the Americas | 55 Hudson Yards |
| New York, NY 10020 | New York, NY 10001 |
| *Attorneys for Defendant Barclays Bank PLC* | *Attorneys for Defendant HSBC Bank plc* |

/s/ James V. Masella, III
James V. Masella, III
R. James Madigan III
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant The London Gold Market Fixing Limited*